JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYAMESH KEETHOL,<br><br>    Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, ALEJANDRO MAYORKAS, and MERRICK B. GARLAND,<br><br>    Defendants. | Case No. 8:24-cv-01464-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 12]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the Petition [ECF No. 1] of Plaintiff Syamesh Keethol. Plaintiff's Petition is **DISMISSED without prejudice**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 21, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE